writ of certiorari to the Supreme Court of the State of Michigan denied. *Mr. Arthur H. Ryall* and *Mr. John E. Tracy* for petitioner. *Mr. Alfred Lucking* for respondents.

---

No. 533. GEE WOE *v.* UNITED STATES. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. J. Waguespack* for petitioner. *Mr. Assistant to the Attorney General Todd* and *Mr. Assistant Attorney General Porter* for the United States.

---

No. 535. LOUIS A. MEYRAN *v.* J. H. WATT, TRUSTEE IN BANKRUPTCY OF H. M. LASKER & COMPANY. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William Macrum* for petitioner. No appearance for respondent.

---

No. 550. UNION SAVINGS BANK & TRUST COMPANY OF CINCINNATI, TRUSTEE, *v.* GEORGE FEICK ET AL. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Edmund B. King* and *Mr. Malcolm McAvoy* for petitioner. *Mr. H. L. Peeke* for respondents.

---

No. 552. RIVER SAND & GRAVEL COMPANY *v.* BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, CLAIMANT, ETC., ET AL. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the